IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KFH REALTY, LLC and KIM     )
F. HENDERSON,               )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )       2:11cv278-MHT
                            )            (WO)
WELLS FARGO BANK, N.A.,     )
                            )
    Defendant.              )
```

OPINION

The plaintiffs assert state-law claims of fraud, suppression, breach of contract, negligence, and wantonness against defendant.  This lawsuit is now before the court on the United States Magistrate Judge's recommendation that defendant's motion for summary judgment be denied, defendant's motion to dismiss be granted, and this case be dismissed without prejudice. Also before the court are defendant's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2012.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE