IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KFH REALTY, LLC and KIM     )
F. HENDERSON,               )
                            )
    Plaintiffs,             )
                            )      CIVIL ACTION NO.
    v.                      )         2:11cv278-MHT
                            )            (WO)
WELLS FARGO BANK, N.A.,     )
                            )
    Defendant.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Defendant's objections (doc. no. 124) are overruled.

   (2) The United States Magistrate Judge's recommendations (doc. no. 123) is adopted.

   (3) Defendant's motion for summary judgment (doc. no. 42) is denied.

 (4) Defendant's motion to dismiss (doc. no. 116) is granted.

 (5) This case is dismissed in its entirety without prejudice.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of November, 2012.

      /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE